Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30863−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J Keane
   aka Michael Keane
   2407 Hamilton Avenue
   Spring Lake Heights, NJ 07762

Social Security No.:
   xxx−xx−5979

Employer's Tax I.D. No.:

**NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT**

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 25, 2017
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Keane  
        Debtor

Case No. 17-30863-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2017  
                  Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.  
db          +Michael J Keane,    2407 Hamilton Avenue,    Spring Lake Heights, NJ 07762-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                        TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 25, 2017 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Andrew M. Lubin     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
           Bruce H Levitt     on behalf of Debtor Michael J Keane blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Chandra Marie Arkema     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper Bankruptcy_Notifications@logs.com  
           Denise E. Carlon     on behalf of Creditor     U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           James Patrick Shay     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3 james.shay@phelanhallinan.com  
           Nicholas V. Rogers     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3 nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor     U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 10