| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br><br>In Re:<br><br>**MICHAEL J. KEANE**<br><br>**Debtor(s)** | Order Filed on January 3, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-30863 CMG<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge:   Christine M. Gravelle |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is ORDERED.

**DATED: January 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby ORDERED that the debtor's case is dismissed for:

· Failure to make all required pre-confirmation payments to the Trustee

And it is further ORDERED that:

(X) Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

(_) The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to debtor's counsel in the amount of $ _____ from available funds on hand received prior to dismissal.

(_) Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

(_) Other:

Any *Order to Employer to Pay the chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*Rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Keane  
      Debtor

Case No. 17-30863-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 03, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.  
db          +Michael J Keane,    2407 Hamilton Avenue,    Spring Lake Heights, NJ 07762-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Andrew M. Lubin     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecf@milsteadlaw.com,  
              alubin@milsteadlaw.com  
           Bruce H Levitt     on behalf of Debtor Michael J Keane blevitt@levittslafkes.com,  
              sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Chandra Marie Arkema     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
              Bankruptcy_Notifications@logs.com  
           Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin  
            Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           James Patrick Shay     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR  
            NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3  
            james.shay@phelanhallinan.com  
           Nicholas V. Rogers     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR  
            NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3  
            nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee for  
            Terwin Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 10