**LEVITT & SLAFKES, P.C.**
**515 Valley Street**
**Suite 140**
**Maplewood, NJ 07040**
**Ph: 973-313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**ATTORNEYS FOR DEBTOR**
**By: Bruce H. Levitt (bl9302)**

Order Filed on January 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 13** |
| MICHAEL J. KEANE, | : | |
| | : | **Case No.: 17-30863** |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEBTOR**

The relief set forth on the following page is Ordered.

**DATED: January 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter has come before this Court on the motion of the law firm of Levitt & Slafkes, P.C. to be relieved as counsel, and for good cause shown:

IT IS ORDERED, that the law firm of Levitt & Slafkes, P.C. be and hereby is relieved as counsel to the Debtor in this matter.