LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, NJ 07040
Ph: 973-313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
By: Bruce H. Levitt (bl9302)

Order Filed on January 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

MICHAEL J. KEANE,

    Debtor.

Chapter 13

Case No.: 17-30863

**ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEBTOR**

The relief set forth on the following page is Ordered.

DATED: January 5, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter has come before this Court on the motion of the law firm of Levitt & Slafkes, P.C. to be relieved as counsel, and for good cause shown:

IT IS ORDERED, that the law firm of Levitt & Slafkes, P.C. be and hereby is relieved as counsel to the Debtor in this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Keane  
    Debtor

Case No. 17-30863-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 08, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db         +Michael J Keane,   2407 Hamilton Avenue,   Spring Lake Heights, NJ 07762-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew M. Lubin    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Chandra Marie Arkema    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper Bankruptcy_Notifications@logs.com  
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3 james.shay@phelanhallinan.com  
        Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR3 nj.bkecf@fedphe.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-7SL, Asset-BackedCertificated, Series 2005-7SL rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                          TOTAL: 10