Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.:  17−30863−CMG
                                    Chapter:  13
                                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J Keane
   aka Michael Keane
   2407 Hamilton Avenue
   Spring Lake Heights, NJ 07762

Social Security No.:
   xxx−xx−5979

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 14, 2018</u>                    <u>Christine M. Gravelle</u>
                                                      Judge, United States Bankruptcy Court